### 5141. DAWSON *v.* THE STATE.

RUSSELL, J. "Relationship within the prohibited degrees of a juror to the defendant in a criminal case, although unknown to the defendant and his counsel until after the verdict, is not sufficient ground to set aside the verdict, on a motion for new trial." *Sikes* v. *State*, 105 *Ga.* 592 (31 S. E. 567), following *Wright* v. *Smith*, 104 *Ga.* 174 (30 S. E. 651).

*Judgment affirmed.*

DECIDED OCTOBER 28, 1913.

Conviction of shooting at another; from Bryan superior court— Judge Sheppard. July 5, 1913.

*J. H. Smith,* for plaintiff in error.

*N. J. Norman,* solicitor-general, *W. G. Warnell,* contra.